Barry I. Siegel, Esq.
631 East Palisade Avenue
Englewood Cliffs, NJ 07632
(201) 569-6989
<u>Defendant Pro Se</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Case No. 2:12-CV-00977 ~~KSH-PS~~ SDW/MCA

Eric Evans

    Plaintiff,

STIPULATION EXTENDING TIME TO
ANSWER OR OTHERWISE PLEAD

against

Barry I. Siegel,

    Defendant.

---

It is hereby stipulated by and between the Law Offices of Sander D. Friedman, Esq., attorneys for plaintiff, Eric Evans, and Barry I. Siegel, defendant pro se, that the time for defendant to answer or otherwise plead to the Complaint is hereby extended until July 16, 2012.

Dated: June 12, 2012

Law Offices of Sander D. Friedman, Esq.
Attorneys for Plaintiff

By: _____
Wesley G. Hanna, Esq.

_____
Barry I. Siegel, Defendant Pro Se

SO ORDERED

_____
~~Patty Shwartz, Magistrate~~ Judge
Madeline Cox Arleo

June ___, 2012