## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

September 12, 2012

Wesley G. Hanna, Esq.
Law Office of Sander D. Friedman, LLC
125 North Route 73
West Berlin, NJ 08091

Barry I. Siegel, Esq., Pro Se
631 East Palisade Avenue
Englewood Cliffs, NJ 07632

## LETTER ORDER

Re:     **Evans v. Siegel**
        **Civil Action No. 12-977 (SDW)**

Dear Counsel:

In light of Judge Gambardella's ruling appointing counsel, the Court will decline to administratively terminate the case.  An in person status conference is scheduled for **Friday, October 19, 2012 at 12:30 p.m.**  The parties shall submit a Joint Discovery Plan five days in advance.  Be prepared to discuss settlement.  Your presence is required.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:     Clerk
        Hon. Susan D. Wigenton, U.S.D.J.
        File