# Law Office of Sander D. Friedman
### Counsellors-At-Law
### 125 North Route 73
### West Berlin, New Jersey 08091

Sander D. Friedman                                   (856) 988-7777 telephone
Wesley G. Hanna                                      (856) 988-7744 facsimile
_____

February 28, 2013

*Via Electronic Filing*
The Honorable Susan D. Wigenton
Martin Luther King Building & US Courthouse
50 Walnut Street - Room 5060
Newark, New Jersey 07101

      **Re:**    **Eric Evans v. Barry I. Siegel, Esquire**
              **Docket no: 2:12-CV-00977-SDW-MCA**

Dear Judge Wigenton:

      Please disregard the motion that was placed before you by virtue of the filing by Plaintiff on February 27, 2013.  The brief attached to that motion was filed by virtue of The Honorable Judge Arleo's text order dated February 14, 2014 and was intended for her consideration.  Since it was uploaded as a discovery motion, it was set for your consideration.  I have spoken to the docket clerk and she advised me to refile the brief so that it can be properly routed.  To the extent a formal motion is before you, please consider it to be withdrawn without prejudice to my pending application before the magistrate.

      Respectfully Submitted
      /s/ *Wesley Hanna*
      Wesley Hanna
      Attorney for Plaintiff Eric Evans

cc:    Jacqueline Curko, Esq.

1