UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
ERIC EVANS                              :   Civ. No. 12-977
                                        :
     Plaintiff(s),                      :   HON. SUSAN D. WIGENTON
                                        :
          v.                            :
                                        :
BARRY I. SIEGEL, ESQ.                   :
                                        :
     Defendant(s).                      :
_____ :
```

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO LOCAL RULE 41.1(a)

PLEASE TAKE NOTICE that the complaint in the above-captioned matter, having been pending for more than 120 days without any proceeding having been taken therein, will be dismissed on **December 6, 2013,** unless good cause is shown with the filing of an affidavit before the return date.

```
                         WILLIAM T. WALSH,  CLERK

                         By
                         Carmen D. Soto
                         Carmen D. Soto, Deputy Clerk
```

November 22, 2013